Julianne P. Blanch, USB # 6495
Gregory H. Gunn, USB # 15610
**PARSONS BEHLE & LATIMER**
201 S. Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
JBlanch@parsonsbehle.com
GGunn@parsonsbehle.com
ecf@parsonsbehle.com

OF COUNSEL:
Michael V. Solomita (admitted *pro hac vice*)
**NORTON ROSE FULBRIGHT US LLP**
1301 Avenue of the Americas
New York, NY 10019-6022
Telephone: 212.318.3000
michael.solomita@nortonrosefulbright.com

*Attorneys for Plaintiff RMG Media, LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| RMG MEDIA, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>iBOATS, INC., HOPTON BROW UTAH, LLC, DONOVAN MARINE, INC., and BOATING INVESTMENT GROUP, LLC,<br><br>Defendants. | **SECOND STATUS REPORT OF BANKRUPTCY CASE**<br><br>Case No. 2:22-cv-00003-TC-CMR<br><br>Judge Tena Campbell<br><br>Magistrate Judge Cecilia M. Romero |

The court in this case asked RMG Media, LLC to provide it and the parties with an update on the status of the bankruptcy in Case No. 23-20347. This second update follows the one provided on January 2, 2025 (Document 205) and is as follows:

Last week, counsel for RMG Media, LLC contacted Michael Thompson of Greenburg Traurig; Mr. Thompson is the Chapter 7 Trustee in Hopton Brow's bankruptcy case, Case No. 23-20347. The Trustee communicated that he submitted his Final Report to the US Trustee's office on March 19, 2025. The US Trustee's office is currently reviewing the report and, once the US

4908-4959-0320.v1

Trustee's office accepts the Trustee's final distribution report, the bankruptcy case can be closed.

The Trustee currently estimates the bankruptcy case will be closed within 90 days.

DATED March 31, 2025.

*/s/ Julianne P. Blanch*

Julianne P. Blanch
Gregory H. Gunn
**PARSONS BEHLE & LATIMER**
201 S. Main Street, Suite 1800
Salt Lake City, UT 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
JBlanch@parsonsbehle.com
GGunn@parsonsbehle.com
ecf@parsonsbehle.com

Michael V. Solomita
**NORTON ROSE FULBRIGHT US LLP**
1301 Avenue of the Americas
New York, NY 10019-6022
Telephone: 212.318.3000
michael.solomita@nortonrosefulbright.com

*Attorneys for Plaintiff and Counterclaim Defendant RMG Media, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of March 2025, I filed a true and correct copy of the foregoing STATUS REPORT using the Court's CM/ECF filing system which served all counsel of record.

/s/ Julianne P. Blanch

4908-4959-0320.v1